FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 JUN 22 P 4:01

WILLIAM W. BLEVINS
CLERK

SEALED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR
## VIOLATION OF THE FEDERAL CONTROL SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-138 |
| v. | * | SECTION: SECT. I MAG. 4 |
| LUIS ROLANDO CABRERA JR.<br>VICTORIA JATHO SKELDON<br>BENNIE RUTH HARRIS<br>JESSE J. WILDENFILS<br>STEPHANIE NICOLE FREE<br>JARROD ANDREW DOUBLEDAY<br>JOHN ALLEN DOUBLEDAY<br>WHITNEY JOSEPH SWAN III<br>STEPHANIE MICHELLE FACIANE<br>CYNTHIA BADEAUX FORET | * | VIOLATION: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 843(a)(3)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 853 |

\* \* \*

The Grand Jury charges that:

## COUNT 1

Beginning in or around February 2017, and continuing to the return of this Indictment, in the Eastern District of Louisiana, the defendants, **LUIS ROLANDO CABRERA JR., VICTORIA JATHO SKELDON, BENNIE RUTH HARRIS, JESSE J. WILDENFILS,**

\_ Fee\_\_USA\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

**STEPHANIE NICOLE FREE, JARROD ANDREW DOUBLEDAY, JOHN ALLEN DOUBLEDAY, WHITNEY JOSEPH SWAN III**, and **STEPHANIE MICHELLE FACIANE** did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit certain offenses against the United States, that is:

1. to acquire and obtain possession of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3); and

2. to possess with the intent to distribute, and distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNTS 2-3

On or about the dates set forth below, in the Eastern District of Louisiana, the defendants, **LUIS ROLANDO CABRERA JR.** and **VICTORIA JATHO SKELDON** did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance:

| Count | Defendant | Name on Prescription | Date Prescription Filled | Initials of Physician on Prescription | Controlled Substance |
|---|---|---|---|---|---|
| 2 | **CABRERA** | Luis Cabrera | 04/25/2017 | D.D. | Oxycodone |
| 3 | **SKELDON** | Stephanie Faciane | 05/08/2017 | D.D. | Oxycodone |

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNTS 4-10

On or about the dates set forth below, in the Eastern District of Louisiana, the Defendants, **BENNIE RUTH HARRIS, JESSE J. WILDENFILS, STEPHANIE NICOLE FREE, JARROD ANDREW DOUBLEDAY, JOHN ALLEN DOUBLEDAY, WHITNEY JOSEPH SWAN III,** and **STEPHANIE MICHELLE FACIANE** did knowingly and intentionally obtain and acquire a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

| Count | Defendant | Name on Prescription | Date Prescription Filled | Initials of Physician on Prescription | Controlled Substance |
|---|---|---|---|---|---|
| 4 | **HARRIS** | Bennie Harris | 08/07/2017 | D.D. | Oxycodone |
| 5 | **WILDENFILS** | Jesse Wildenfils | 03/12/2017 | D.D. | Oxycodone |
| 6 | **FREE** | Stephanie Free | 07/13/2017 | D.D. | Oxycodone |
| 7 | **JA. DOUBLEDAY** | Jarrod Doubleday | 05/25/2017 | D.D. | Oxycodone |
| 8 | **J. DOUBLEDAY** | John Doubleday | 06/03/2017 | D.D. | Oxycodone |
| 9 | **SWAN** | Whitney Swan | 05/05/2017 | D.D. | Oxycodone |
| 10 | **FACIANE** | Stephanie Faciane | 05/08/2017 | D.D. | Oxycodone |

## COUNT 11

Beginning in or around February 2015, and continuing through in or around August 2017, in the Eastern District of Louisiana, the defendants, **LUIS ROLANDO CABRERA JR.** and **CYNTHIA BADEAUX FORET**, did knowingly and intentionally combine, conspire,

3

confederate, and agree with other persons known and unknown to the Grand Jury to commit certain offenses against the United States, that is:

1. to acquire and obtain possession of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3); and

2. to possess with the intent to distribute, and distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 12

On or about November 23, 2016, in the Eastern District of Louisiana, the defendants, **LUIS ROLANDO CABRERA JR.** and **CYNTHIA BADEAUX FORET**, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF DRUG FORFEITURE

1. The allegations contained in Counts 1 through 12 of this Indictment are hereby re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 12, the defendants, **LUIS ROLANDO CABRERA JR., VICTORIA JATHO SKELDON, BENNIE RUTH HARRIS, JESSE J. WILDENFILS, STEPHANIE NICOLE FREE, JARROD ANDREW**

**DOUBLEDAY, JOHN ALLEN DOUBLEDAY, WHITNEY JOSEPH SWAN III, STEPHANIE MICHELLE FACIANE** and **CYNTHIA BADEAUX FORET** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and facilitate the commission of the violation alleged in Counts 1 through 12 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

JARED L. HASTEN
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

MYLES D. RANIER
Assistant United States Attorney
United States Attorney's Office
Eastern District of Louisiana

New Orleans, Louisiana
June 22, 2018

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

___Eastern___ District of ___Louisiana___

___Criminal___ Division

## THE UNITED STATES OF AMERICA

vs.

LUIS ROLANDO CABRERA, JR., VICTORIA JATHO SKELDON, BENNIE RUTH HARRIS, JESSE J. WILDENFILS, STEPHANIE NICOLE FREE, JARROD ANDREW DOUBLEDAY, JOHN ALLEN DOUBLEDAY, WHITNEY JOSEPH SWAN, III, STEPHANIE MICHELLE FACIANE, AND CYNTHIA BADEAUX FORET

## INDICTMENT

FOR VIOLATION OF THE FEDERAL CONTROL SUBSTANCES ACT

VIOLATIONS:  21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), 21 U.S.C. § 843(a)(3), 21 U.S.C. § 853, and 18 U.S.C. § 2

A true bill.

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2018.

_____ Clerk

Bail, $ _____

_____
JARED L. HASTEN, U.S. Department of Justice Trial Attorney

_____
MYLES D. RANIER, Assistant United States Attorney