MINUTE ENTRY
AFRICK, J.
JANUARY 24, 2019

JS10 - 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-138 |
| STEPHANIE NICOLE FREE | SECTION: I |

### SENTENCING

COURT REPORTER:  Cathy Pepper
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:  Jared Hasten and Myles D. Ranier, Counsel for the government
Andrew J. Duffy, Counsel for defendant
Catherine Hollinrake, U.S. Probation
Stephanie Nicole Free, Defendant

Defendant was sentenced on count 1 of the Indictment.
On motion of the United States, counts 4-10 are dismissed as to this defendant.
See Judgment for sentence imposed.
The defendant was remanded to the custody of the U.S. Marshal.
The Court was informed that there may be an active warrant for the defendant on a pending state court charge.
**IT IS ORDERED** that if the defendant is not taken into custody by Jefferson Parish today, the defendant shall report on or before noon on January 25, 2019, to the 24th Judicial District Court, Division O.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE